The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NIRMAL SINGH,<br><br>      Plaintiff,<br>  v.<br><br>GREGORY W. CHRISTIAN, et al.,<br><br>      Defendants. | No. C07-1151-RAJ<br><br>ORDER |

  WHEREAS, the Court issued a Minute Order on February 19, 2008, directing the parties to file a joint statement no later than February 22, 2008, addressing: (1) whether Defendants have adjudicated Plaintiff's application for adjustment of status; and (2) whether Defendants' adjudication moots the pending summary judgment motions and/or moots this action in its entirety (Dkt. #18).

  WHEREAS, on February 20, 2008, Defendants issued a Decision denying Plaintiff's application for adjustment of status. See Exhibit A.

  WHEREAS, the parties agree that Defendants' final agency decision moots the pending summary judgment motions.

  WHEREAS, the parties agree that Plaintiff may seek to supplement his Complaint, but requires additional time to make such a decision and prepare the supporting pleadings. The parties agree that Plaintiff should be allowed two weeks to file a motion to supplement his Complaint.

  WHEREAS, the parties JOINTLY AGREE and RESPECTFULLY REQUEST that the Court issue an Order denying the pending summary judgment motions as moot, and

ORDER – 1

1 directing Plaintiff to file a motion to supplement his Complaint no later than March 6,
2 2008, to be noted for consideration on the Court's calendar for March 21, 2008.
3 Defendants shall file an opposition no later than March 17, 2008.  Plaintiff shall file a
4 reply no later than March 21, 2008.
5     NOW THEREFORE, the parties, through their respective counsel of record, do
6 hereby stipulate and agree that the Court may make and enter the following order:
7     1. Plaintiff's Motion for Summary Judgment (Dkt. #5), and Defendant's Cross-
8 Motion for Summary Judgment (Dkt. #8) are both DENIED as moot.
9     2. Plaintiff shall file a motion to supplement his Complaint no later than March 6,
10 2008, to be noted for consideration on the Court's calendar for March 21, 2008.
11     3. Defendants shall file an opposition no later than March 17, 2008.
12     4. Plaintiff shall file a reply no later than March 21, 2008.
13 SO STIPULATED.
14 DATED this 22nd day of February, 2008.

15 /s/ Hilary Han
Vicky Dobrin
16 Hilary Han
Dobrin & Han, PC
17 705 Second Avenue, Suite 610
Seattle, WA  98104
18 (206) 448-3440
Attorneys for Plaintiffs
19

20 SO STIPULATED.
21 DATED this 22nd day of February, 2008.
22
JEFFREY C. SULLIVAN
23 United States Attorney
24
 /s/ Kristin B. Johsnon
25 KRISTIN B. JOHNSON, WSBA# 28189
Assistant United States Attorney
26 700 Stewart Street, Suite 5220
Seattle, WA  98101
27 (206) 553-4576
Attorney for Defendants
28

ORDER  –  2

**ORDER**

IT IS SO ORDERED.

DATED this 22nd day of February, 2008.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER – 3