HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NIRMAL SINGH,

       Plaintiff,

  v.

F. GERARD HEINAUER, et al.,

       Defendants.

CASE NO. C07-1151RAJ

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Richard A. Jones:

On December 3, 2008, the court entered an order (Dkt. # 40) resolving the parties' summary judgment motions. At the time, the court noted that Mr. Singh and Defendants were awaiting guidance from the Secretary of the Department of Homeland Security ("DHS") in accordance with a March 26, 2008 memo. That guidance is likely to have a substantial impact on the adjudication of Mr. Singh's pending petition for adjustment of status.

There has been no activity on the docket since the December 2008 order. The court directs the parties to meet and confer and provide a joint status report by May 8, 2009. At a minimum, the parties shall address the following questions:

1) Has DHS issued further guidance in accordance with the March 2008 memo?

MINUTE ORDER – 1

2) If DHS has issued further guidance, will this lead to the prompt adjudication of Mr. Singh's petition for adjustment of status?

3) If DHS has not issued further guidance, when will it do so?

4) Do any DHS policy changes impact Mr. Singh's petition?

5) Does either party plan to bring a motion to resolve this case, and if so, when?

Filed and entered this 15th day of April, 2009.

BRUCE RIFKIN, Clerk

s/Consuelo Ledesma

By

Deputy Clerk

MINUTE ORDER – 2